# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANA DEL CARMEN LACAYO,**<br><br>Plaintiff,<br><br>v.<br><br>**FORD MOTOR COMPANY, a Delaware Corporation; GALPIN MOTORS, INC., a California Corporation dba GALPIN FORD; and DOES 1 through 10, inclusive,**<br><br>Defendants. | Case No.: 2:18-cv-10447-CJC-E<br><br>(Removed from Superior Court of California, County of Los Angeles, Case No. 18STCV05153)<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND PLAINTIFF'S CASE TO CALIFORNIA SUPERIOR COURT**<br><br>*Assigned for all purposes to the Honorable **Cormac J. Carney***<br><br>Action Filed: November 15, 2018 |

# ORDER

BASED ON THE PARTIES' STIPULATION AND GOOD CAUSE APPEARING THEREFORE, this Court hereby remands this matter to the California Superior Court, County of Los Angeles.

IT IS SO ORDERED.

DATED: June 12, 2019

_____
HONORABLE CORMAC J. CARNEY,
UNITED STATES DISTRICT JUDGE